UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-24-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| GARY FLANNELLY | ) | |

The United States Attorney charges that:

On or about June 8, 2005, June 20, 2005, and August 16, 2005, in the Eastern District of North Carolina, the defendant, GARY FLANNELLY, did knowingly make false statements with respect to information required by Chapter 44 of Title 18 to be kept in the records of a federally licensed firearms dealer, specifically, false statements as to the ownership of two Glock 19 handguns and one Glock 17 handgun, in violation of Title 18, United States Code, Section 924(a)(1)(A).

GEORGE E.B. HOLDING
United States Attorney

BY: *[signature]*
JOHN S. BOWLER
ERIC D. GOULIAN
Assistant United States Attorneys